UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE BEACH DIVISION

JESUS SANCHEZ AYALA,

    Plaintiff,

v.                                                                                                       CASE NO.: 0:23-cv-62274-RS

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, LEXISNEXIS RISK SOLUTIONS INC.

COMES NOW Plaintiff, Jesus Sanchez Ayala, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LexisNexis Risk Solutions, Inc., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 21st day of June, 2024.

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/Thomas H. Loffredo** |
| Octavio "Tav" Gomez | Thomas H. Loffredo |
| Florida Bar #:0338620 | Florida Bar #: 870323 |
| Georgia Bar #: 617963 | GRAY ROBINSON, P.A. |
| Pennsylvania #: 325066 | 401 East Las Olas Blvd |
| The Consumer Lawyers PLLC | Suite 1000 |
| 412 E. Madison St, Ste 916 | Ft. Lauderdale, FL 33301 |
| Tampa, FL 33602 | T: 954-761-8111 |
| Cell: (813)299-8537 | F: 954-761-8112 |
| Facsimile: (844)951-3933 | Tom.loffredo@gray-robinson.com |
| Primary Email: | Attorneys for Defendant LexisNexis |
| Tav@theconsumerlawyers.com | Risk Solutions Inc. |
| Secondary Email: | |
| Lisa@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 21ST day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*