UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62274-CIV-SMITH

JESUS SANCHEZ AYALA,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This cause is before the Court upon the parties' Stipulation for Dismissal with Prejudice [DE 21]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs.
2. All pending motions are **DENIED as moot.**
3. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of June, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record